AEE

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 844**

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) NO. | **JUDGE NORGLE** |
| | ) | **MAGISTRATE JUDGE COLE** |
| ADVANCED RECYCLING EQUIPMENT, INC. | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The plaintiff, MIDWEST CUSTOM CASE, INC., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1. Midwest Custom Case, Inc. has no parent corporation. No publicly held company owns 10% or more of its stock.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By: /s/ Brian J. Hunt
Brian J. Hunt
ID Number 6208397

Brian J. Hunt (6208397)
Ajay I. Patel (6287063)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300
(312) 443-9391 – fax