30139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, | ) | |
| INC. | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### AFFIDAVIT OF SERVICE

I hereby certify that on February 14, 2008, I served copies of the Plaintiff's Complaint at Law and Summons to Advanced Recycling Equipment, Inc., c/o Donald Kunkel (President), 850 Washington St., St. Mary's, Pennsylvania, by placing same in the U.S. Mail at 225 W. Washington, Chicago, Illinois on February 14, 2008.



_/s/    Ajay I. Patel_____
Ajay I. Patel (# 6287063)

THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
225 West Washington, 18th Floor
Chicago, Illinois  60606
(312) 384-2300