30144/aip

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, | ) | Judge Norgle |
| INC. | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

**MOTION FOR ENTRY OF A DEFAULT**

The Plaintiff, MIDWEST CUSTOM CASE, INC., by its attorneys, THE HUNT LAW GROUP, LLC, and pursuant to Federal Rule of Civil Procedure 55(a), hereby moves this Honorable Court for an entry of a default order against the Defendant, ADVANCED RECYCLING EQUIPMENT, INC., and in support of this motion states as follows:

1.    This matter arises from a dispute between the plaintiff, MIDWEST CUSTOM CASE, INC., and the defendant, ADVANCED RECYCLING EQUIPMENT, INC., over the sale by ADVANCED RECYCLING EQUIPMENT, INC. of a Challenger CCU405-A "Warm Air" Biomass Combustion Unit and other associated equipment to MIDWEST CUSTOM CASE, INC.  As part of the transaction, MIDWEST CUSTOM CASE, INC. paid ADVANCED RECYCLING EQUIPMENT, INC. a 50% deposit amount of $131,534.50. The dispute arose when ADVANCED RECYCLING EQUIPMENT, INC. refused to tender the Combustion Unit for inspection until MIDWEST CUSTOM CASE, INC. paid the remaining balance.  Thereafter, disputes regarding the cost of shipping, storing and unloading arose between the parties.

2.    Prior to bringing the instant lawsuit, the parties entered into settlement negotiations under which MIDWEST CUSTOM CASE, INC. could take delivery of the Combustion Unit and ADVANCED RECYCLING EQUIPMENT could receive the remaining balance.

3.    However, in order to protect its rights, on February 8, 2008, the Plaintiff, MIDWEST CUSTOM CASE, INC., filed its Complaint at Law against ADVANCED RECYCLING EQUIPMENT, INC. (A copy of the Complaint is attached hereto as Exhibit A.)

4.    On February 8, 2008, a Summons was issued by the Clerk of the United States District Court for the Northern District of Illinois. (A copy of the Summons is attached hereto as Exhibit B.)

5.    On February 14, 2008, the plaintiff served the defendant with a copy of the Summons and Complaint via U.S. Mail. (A copy of the Affidavit of Service is attached hereto as Exhibit C.)

6.    The Summons issued required ADVANCED RECYCLING EQUIPMENT, INC. to file an Answer to Plaintiff's Complaint within twenty (20) days after service of this Summons.

7.    As such, pursuant to Federal Rule of Civil Procedure 6(e) regarding service by mail, the defendant was required to answer the Complaint on or before March 10, 2008.

8.    Following service of the Summons and Complaint upon the defendant, the parties continued to discuss settlement as they had done prior to the filing of suit.

9.    On February 28, 2008, the defendant, through its attorney, The Law Offices of Coppolo and Coppolo, contacted the plaintiff's attorney and requested a twenty-one (21) day extension to March 31, 2008 in which to answer or otherwise plead so that the parties could pursue settlement prior to proceeding with litigation. As a professional courtesy to the defendant

and its attorneys, whose offices are located in St. Mary's, Pennsylvania, and in order to continue with the settlement negotiations, the plaintiff agreed to the extension and executed a Stipulation to that effect. (A copy of the Stipulation to Extend Time To Appear and Answer is attached hereto as Exhibit D.)

10.    Following the entry of the Stipulation, the plaintiff's attorney attempted to contact the defendant's attorney on numerous occasions in order to further settlement discussions in accordance with their prior agreement. However, the defendant failed to respond to those settlement overtures. On March 18, 2008, the plaintiff's attorney sent the defendant's attorney correspondence confirming those attempts and requesting that the defendant's attorney contact the plaintiff's attorney in the spirit of settlement. (A copy of the March 18, 2008 correspondence is attached hereto as Exhibit E.)

11.    To date, ADVANCED RECYCLING EQUIPMENT, INC. has not filed an Appearance, Answer or any other responsive pleading to Plaintiff's Complaint at Law. (The Affidavit of the Plaintiff's Attorney establishing that defendant has failed to plead or otherwise defend is attached hereto as Exhibit F.)

WHEREFORE, the Plaintiff, MIDWEST CUSTOM CASE, INC., respectfully requests this Honorable Court enter an Order of default against the Defendant ADVANCED RECYCLING EQUIPMENT, INC. or for such other relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

/s/    Ajay I. Patel
Ajay I. Patel (# 6287063)

THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
225 West Washington, 18th Floor
Chicago, Illinois  60606
(312) 384-2300