30144/aip

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIDWEST CUSTOM CASE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 C 844 |
| ) | |
| ADVANCED RECYCLING EQUIPMENT, ) | Judge Norgle |
| INC. ) | |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

**EXHIBIT LIST**

1. Exhibit A – Complaint at Law

2. Exhibit B – Summons

3. Exhibit C – Affidavit of Service

4. Exhibit D – Stipulation to Extend Time to Appear and Answer

5. Exhibit E – Correspondence dated March 18, 2008

6. Exhibit F – Attorney's Affidavit

Respectfully submitted,

THE HUNT LAW GROUP, LLC

/s/    Ajay I. Patel
Ajay I. Patel (# 6287063)

THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
225 West Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300