# EXHIBIT B

30144
B

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MIDWEST CUSTOM CASE, INC.

V.

ADVANCED RECYCLING
EQUIPMENT, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 08 C 844

**JUDGE NORGLE**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Advanced Recycling Equipment, Inc.
c/o Donald Kunkel (President)
850 Washington St.
St. Mary's, PA 15857

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THE HUNT LAW GROUP, LLC
225 W. Washington St., 18th Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Anya Ellis_

**(By) DEPUTY CLERK**

**February 8, 2008**

**Date**