# EXHIBIT D

30144/aip

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, | ) | |
| INC. | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### STIPULATION TO EXTEND TIME TO APPEAR AND ANSWER

The plaintiff, Midwest Custom Case, Inc., hereby stipulates that it will allow the

defendant, Advanced Recycling Equipment, Inc., an extension of twenty-one (21) days to

March 31, 2008 in which to appear and answer or otherwise plead pursuant to the

Summons and Complaint at Law in the above-captioned matter

Signed:          Ajay I. Patel

Brian J. Hunt
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
225 West Washington, 18th Floor
Chicago, Illinois  60606
(312) 384-2300