# EXHIBIT E

# THE HUNT LAW GROUP, LLC

225 W. Washington Street, 18th Floor
Chicago, Illinois 60606
312.384.2300 (Main)
312.443.9391 (Fax)

Brian J. Hunt
bhunt@hunt-lawgroup.com

Direct Dial:
312.384.2301

March 18, 2008

Tom Coppolo
Law Offices of Coppolo & Coppolo
19 N. St. Mary's Street
St. Mary's, Pennsylvania 15857-0186

    Re:        <u>Midwest Custom Case, Inc. v. Advanced Recycling</u>
    Case No.:  08 cv 844
    Our File No.:  30144

Dear Mr. Coppolo

Once we granted you the extension of time in which to answer or otherwise plead in this matter, I note that settlement discussions have come to a halt. Although I have attempted to contact you by telephone on several occasions regarding settlement, I have yet to receive any response.

Please contact me immediately so that we may resume our settlement discussions consistent with my understanding at the time at which I granted the extension.

    Very truly yours,

    The Hunt Law Group, LLC

    By:  Brian J. Hunt

Aip/enclosure

CC: Donald Kunkel