# EXHIBIT F

30139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, | ) | Judge Norgle |
| INC. | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

### AFFIDAVIT OF ATTORNEY

I, the undersigned, Ajay I. Patel, having been first duly sworn, on our oath, state, aver and depose as follows:

1.    I am the attorney for the plaintiff, Midwest Custom Case, Inc., for this matter.

2.    On February 14, 2008, the plaintiff served the defendant with a copy of the Summons and Complaint in this matter via U.S. mail.

3.    To date, upon information and belief, the defendant has failed to answer or otherwise plead to the Complaint

Further Affiant sayeth not.

Ajay I. Patel

SWORN TO AND SUBSCRIBED
Before me this 18th day of March, 2008

Notary Public

Official Seal
Charmaine E Fox
Notary Public State of Illinois
My Commission Expires 01/07/2012