## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, | ) | Judge Norgle |
| INC. | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

### NOTICE OF PRESENTMENT OF MOTION

To:   Advanced Recycling Equipment, Inc., c/o Donald Kunkel (President), 850 Washington St., St. Mary's, Pennsylvania 15857;
Tom Coppolo; Law Offices of Coppolo & Coppolo; 19 N. St. Mary's St., St. Mary's, Pennsylvania 15857

On, **April 4, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Norgle, in Room 2341 of the Everett McKinley Dirksen Building, or any judge sitting in his stead, in the courtroom usually occupied by him, and shall then and there present the attached **Motion for Entry of a Default**.

THE HUNT LAW GROUP, LLC
Attorney for Plaintiff—Midwest Custom Case, Inc.
225 W. Washington St., 18th Floor,
Chicago, Illinois 60606
312-384-2300

### CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 19th day of March 2008, before 5:00 p.m.

/s/    Ajay I. Patel
Ajay I. Patel (# 6287063)