# EXHIBIT A

FAXED 2-16-07

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Marys, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

Midwest Custom Case
425 Crossing Drive, Unit A
University Park, IL 60466

February 7, 2007

**ATTENTION:** Mr. Mark Cladis

**SUBJECT:** Budgetary Quotation for the Challenger CCU405-A Combustion Unit

We are pleased to offer our budgetary quotation for the Challenger Combustion Unit above. The quotation includes the CCU405-A Challenger 5 MM BTU Combustion Unit with heat exchanger, standard controls, ash removal system and chimney. The distribution of heat is not included. Please feel free to call with any questions or if you wish to discuss the quotation.

| | |
|---|---|
| Challenger CCU405-A "Warm Air" Combustion Unit including Heat Exchanger, Ash Removal System, Standard Controls and Single Skin Chimney (24' long) | $176,351.00 |
| **Optional Equipment:** | |
| Double Damper Assembly w/ Motorized Control | $ 4,798.00 |
| Assembly/Installation of all equipment Supplied by A.R.E. | $ 10,000.00 |
| Shipping | $ 4,095.00 |
| Auto De-Ash w/ Controls & Bin | $ 11,625.00 |
| 50 Cubic Yard Live Bottom Storage including Transfer Auger | $ 56,200.00 |

- Start-up, Commissioning and Training are included in this package.

### FEATURES LISTED FOR THE CCU405-A WARM AIR COMBUSTION UNIT

#### *The Combustion Unit*

5 Million BTU Combustion Unit based on a 10% moisture content, complete with Ceramic Combustion Zone fired to 3100°F; Arched Ceramic Roof, Two Combustion Fans connected to Primary, Secondary and Tertiary Air Flow Controls. The primary combustion zone is lined with cast refractory ceramics these ceramics are a high insulating type. On the exterior of the cast refractory is a lining of 1900°F insulating board and on the exterior of that board is another layer of 2300°F insulating board to keep the heat transfer to the exterior at a minimum. The fuel begins to combust by the use of three levels of air directed into the primary combustion zone first being primary air is forced into the combustion zone from beneath the grates where the fuel is sitting secondary air forced through the side grates and the tertiary air comes in through the cast refractory on the sides to keep the un-burnt ash from exiting the system.

#### *Fire Protection*

System comes complete with thermostat control and water reservoir for fire protection. Water protection piped directly into primary feed system.

#### *The Cyclone*

High efficiency carbon steel construction, painted exterior finish.

Continued on page 2

Specializing in Adding Value
Through Waste Reduction and Thermal Combustion
www.advancedrecyclingequip.com

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Marys, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

### The Heat Exchanger

5 Million BTU Hot Gas to Hot Air Heat Exchange with Main Blower Fan, Motor, and Triple Pass Hot Gas through Vertical Pipes. Hot air output up to 200°F.

### Main Feed Auger

Rotary Valve in-Direct Drive Motor & Gear Box, One Connection of Rotary Valve to Screw Feed and One Screw Conveyor to Combustion Zone with Variable Speed Gear Box and Motor.

### Induced Draft Fan

The I.D. Fan is fully welded steel construction indirectly driven through a v-belt drive.

### The Control Panel

The control panel comes complete with manual on/off switches and indicator lights for all moving components, temperature set points for an on-demand fuel feed system, and over temperature alarms to notify operator in case of emergency. Fuel feed system comes complete with a variable frequency drive for an accurate feed rate to insure complete combustion and a consistent output temperature.

### Ash Removal System

Will include two augers one located just within door of primary combustion zone suspended within a ceramic u-trough. The system operator will rake the ash to this location where an auger will transfer the ash outside of the combustion chamber and into another ash auger located outside of the combustion unit. The second auger will transfer the ash into and enclosed bin for easy, clean removal of ash. All controls will be tied into main control panel and will be sequenced together for optimal operation.

### The Chimney System

A Single Skin Flue, (24') with insulation as needed and all necessary parts.

**Optional Equipment:**

### Auto De-Ash

Includes complete auto de-ash with controls, motor, drives and ash bin. The de-ash system consists for two stainless steel augers that run the length of the combustion chamber. The augers move the spent material from the back to the front where it exits the system. The de-ash augers are powered by two direct drive gearboxes. The augers are supported on the opposite end by two four bolt flange bearings, high carbon. After the augers carry the spend ash out of the unit it is dropped into a take-away auger, direct driven by a gear motor, that conveys the ash to an as storage bin outside of the unit.

*Continued on page 3*

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Marys, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

The following scope of supply is included in this proposal:

- Installation and assembly of all equipment supplied by A.R.E.
- Provide installation drawings for Combustion Unit.
- Provide service and operating manuals for the Combustion Unit.
- Freight
- Provide operator and maintenance training for the system. Owner shall make such personnel available for training. Training time required will be based on equipment package purchased.

The following scope of supply is excluded from this proposal:

- Building as required and site preparations required for installation, including all foundation work, electrical, plumbing etc.
- All equipment shall be installed & protected within a building.
- Crane and/or fork lift for unloading and setting of all equipment
- Crane for chimney and ductwork assembly
- Plumbing for system (3/4" copper line with ball valve for quench system on feed end of burner)
- Electrical service to main power panel (100 Amp Service needed)
- On-site electrical inspection
- Permits and approvals from appropriate agencies for environmental concerns.
- Permits and approvals from appropriate agencies for installation and operational concerns
- Fuel processing equipment other than storage and fuel transfer to burner (i.e. grinder, dust collection equipment)
- General Liability and any additional necessary insurance coverage to be provided by the Customer
- All taxes, duties, fees and other costs not specifically included are the responsibility of the Customer

## TERMS & CONDITIONS

Quotation does not include applicable taxes. Electrical hook-up and on-site electrical inspection is the responsibility of purchaser. Title to the property furnished by Advanced Recycling Equipment is retained until paid in full. Said property shall not become a fixture to any realty account or annexed thereto. In such case of default of payment, A.R.E. shall have the right to take possession of this equipment any time after 30 days subsequent to such default. Advanced Recycling Equipment, Inc. shall also retain title to any extra material furnished until paid in full. This agreement shall be construed under the laws of the Commonwealth of Pennsylvania. Signing this contract verifies that you agree to the Terms and Conditions of Sale in the attached Appendix A. *Please refer to the attached terms and conditions.*

## FREIGHT ARRANGEMENTS

All equipment sales will be **FOB University Park, IL.**

*Continued on page 4*

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Marys, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

## CHALLENGER BIOMASS COMBUSTION WARRANTY

Standard one year limited warranty which upon examination by Advanced Recycling Equipment service technicians are determined to have failed as a result of a defect in material or workmanship. Basic warranty applies to normal operating conditions. Warranty applies to default parts only. This does not include shipping, onsite service or travel costs. Per Advanced Recycling Equipment company policy, replacement parts will be shipped immediately to customer with the release of a purchase order by the customer for the defective item. Warranty item must be returned to Advanced Recycling Equipment. Upon completion of an inspection by the original equipment manufacturers and/or Advanced Recycling Equipment, Advanced Recycling Equipment will contact the customer with the results. If determined to be warranty, the purchase order number will be cancelled. If determined not to be warranty, the customer will be invoiced referencing the purchase order number. Any additional charges (i.e. shipping, inspection fees, etc.) will be the responsibility of the customer. All equipment/components not manufactured by Advanced Recycling Equipment will follow the guidelines of the original equipment manufacturer.

Quotation is valid for 30 days.

**TERMS:** 50% Due with Purchase, Balance Due upon equipments arrival to University Park, IL and verbal approval of customer to Balboa Capital. Upon customer request Advanced Recycling Equipment will have two service technicians on site for off loading and setting of all equipment as it arrives. Advanced Recycling Equipment, Inc. agrees that installation including start-up and commissioning of the system will be provided in a timely manner.

**FOB:** University Park, IL

**DELIVERY:** 16 weeks approx. after deposit is received. (unless in inventory)

Agreed to this __7TH__ day of __FEBRUARY__ 2007

Authorized signature on behalf of Midwest Custom Case – Mark Cladis

Authorized signature on behalf of Advanced Recycling Equipment – Scott Reedy

| | |
|---|---|
| ☐ Challenger CCU405-A "Warm Air" Combustion Unit including Heat Exchanger, Ash Removal System, Standard Controls and Single Skin Chimney (24' long) | $176,351.00 |
| **Optional Equipment:** | |
| ☐ Double Damper Assembly w/ Motorized Control | $ 4,798.00 |
| ☐ Assembly/Installation of all equipment Supplied by A.R.E. | $ 10,000.00 |
| ☐ Shipping | $ 4,095.00 |
| ☐ Auto De-Ash w/ Controls & Bin | $ 11,625.00 |
| ☐ 50 Cubic Yard Live Bottom Storage including Transfer Auger | $ 56,200.00 |
| ☐ Total w/ Optional Equipment | $263,069.00 |

Specializing in Adding Value
Through Waste Reduction and Thermal Combustion
www.advancedrecyclingequip.com

ADVANCED RECYCLING EQUIPMENT, INC. (A.R.E.)
TERMS AND CONDITIONS OF SALE
APPENDIX A

ACCEPTANCE – Company objects to any additional or different terms that may be contained in Purchaser's purchase order. The terms herein shall constitute the complete and exclusive statement of the terms and conditions of the contract between the Company and the Purchaser.

WARRANTY – Subject to the notice requirements in paragraph 3 below, the following warranties are made by Company: (a) Company warrants that it has good title to the product(s); (b) on the date of shipment, the product(s) are as described herein, except, as to items not manufactured by Company; (c) on the date of shipment, the product(s) are free of defects in workmanship and material, except as to items not manufactured by Company.
THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER WARRANTIES, EXPRESS OR IMPLIED ARE EXCLUDED FROM THIS TRANSACTION AND SHALL NOT APPLY.

EXCLUSIVE REMEDY – Materials are guaranteed for quality and workmanship for a period of one year after shipment in the same respect as such materials are guaranteed for quality and workmanship by the suppliers of A.R.E. A.R.E. accepts no responsibility for failures due to faulty operation. A.R.E. warrants that equipment of its own design shall be manufactured in accordance with specifications and the code requirements set out in the proposal and that such equipment shall be free from defects in material and workmanship under normal use and service for which the equipment was designed for a period of 12 months after start-up and commissioning of system. If such equipment designed and manufactured by A.R.E. shall fail through defect in workmanship or material and specific written notice of such failure is made to A.R.E. within 12 months after start-up and commissioning of system. A.R.E. will repair or replace at A.R.E. option any such items of its own design and manufacture, f.o.b. its factory without charge, provided that A.R.E. is given an opportunity to make an inspection and is furnished with satisfactory proof that equipment was used and properly operated within design limits. A.R.E. also warrants that specifications and that such equipment manufactured by A.R.E. shall be free from defects in material and workmanship under normal use and service for a period of 12 months after start-up and commissioning of system. In no case shall A.R.E. be held liable for any damages, delays or loss which may result directly or indirectly from the operation, adjustment, alteration, breakdown, or repair of any materials furnished and or installed by A.R.E.

PATENTS – Company shall pay costs and damages finally awarded in any suit against Purchaser or its vendees to the extent based upon a finding that the design or construction of the product(s) as furnished infringes a United States patent (except infringement occurring as a result of incorporating a design or modification at Purchaser's request) provided that Purchaser notified Company of any claim or allegation of such infringement within 30 days after discovery and Company is given the right at its expense to settle such charge and to defend or control the defense of any suit based upon such charge. THIS PARAGRAPH SETS FORTH COMPANY'S EXCLUSIVE LIABILITY WITH RESPECT TO PATENTS.

PURCHASER DATA – Timely performance by Company is contingent upon Purchaser's supplying to Company, when needed, all required technical information, including drawing approval, payments when due, and all required commercial documentation.

NONCANCELLATION – Purchaser may not cancel or terminate for convenience or direct suspension of manufacture unless Company agrees in writing, at which time company may negotiate mutually agreeable termination charges.

DELAYS – If Company suffers delay in performance due to any cause beyond its control, including but not limited to act of God, war, act or failure to act of government, act or omission of Purchaser, fire, flood, strike or labor trouble, sabotage, or delay in obtaining from others suitable services, materials, components, equipment of transportation, the time of performance shall be extended a period of time equal to the period of the delay and its consequences. Company will give the Purchaser reasonable notice within a reasonable time after Company becomes aware of any such delay.

STORAGE – Any item of the product(s) on which manufacture or shipment is delayed by causes within Purchaser's control, or by causes which affect Purchaser's ability to receive the product(s) may be placed in storage by Company at Purchaser's expense and risk.

SHIPMENT – F.O.B. University Park, IL, unless other arrangements are made.

TITLE AND INSURANCE – Title to the product(s) and risk of loss or damage shall pass to Purchaser at the f.o.b. point, except that a security interest in the product(s) and proceeds and any replacement shall remain in Company, regardless of mode of attachment to realty or other property, until the full price has been paid in cash. Purchaser agrees to do all acts necessary to perfect and maintain said security interest, and to protect Company's interest by adequately insuring the product(s) against loss or damage from any external cause with Company named as insured or co-insured. Purchaser hereby irrevocably constitutes and appoints Company as its attorney in fact to execute any financing statements or other instruments or documents reasonably necessary or desirable to perfect and maintain said security interest in the products and proceeds.

PRICE POLICY – All prices quoted are firm for the stated shipping date, unless specifically noted on the proposal form. Proposals automatically expire after 30 days unless otherwise stated or accepted prior to the expiration date.

DUTIES, TAXES & FREIGHT – Duties, taxes and freight are the responsibility of Purchaser. The prices quoted do not include any duties or sales use, excise, value-added, or other taxes or charges, unless specifically noted on the proposal form.

GENERAL – In the event Company places this agreement in the hands of an attorney for collection of the purchase price or other sums owing to Company from Purchaser or whoever holds title to equipment purchased, Purchaser agrees to pay Company's reasonable costs and expenses of collection, including attorney's fees, whether or not any suit or action is filed and any additional costs, expenses attorneys' fees incurred at trial or on appeal. Purchaser consents to personal jurisdiction in Pennsylvania and venue in Elk County Circuit Court. Statements about the product(s) may have been made to Purchaser by representatives of Company. Such statements do not constitute warranties and shall not be relied on by Purchaser and are not part of this agreement. The entire agreement is embodied in this writing. THIS WRITING CONSTITUTES THE FINAL EXPRESSION OF THE PARTIES AGREEMENT AND IS A COMPLETE AND EXCLUSIVE STATEMENT OF THE TERMS OF THE AGREEMENT.
Company will comply with all laws applicable to Company. Compliance with OSHA or similar federal, state or local laws during any operation or use of the product(s) is the sole responsibility of Purchaser. Assignment may be made only with written consent of both parties.

DAMAGES – Notwithstanding any other provision of this agreement, the Company's liability to Purchaser for damages arising out of or relating to this agreement shall not exceed the purchase price for the product(s).

The foregoing is hereby accepted by Purchaser.

MIDWEST CUSTOM CASE, INC.
(Name of Purchaser)
By _____  Date 2-7-07
Title GENERAL COUNSEL

ADVANCED RECYCLING EQUIPMENT, INC.
By _____
A.R.E. Proposal Dated 2/7/07

# EXHIBIT B

**CHALLENGER®**

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Mary's, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

Mr. Rich Papiese
Midwest Custom Case
Ph# 708-906-5259       email: rpapiese@midwestcase.com

September 25, 2007

Dear Rich,

In response to your questions and details on the installation of the combustion unit and components:

1. **Crane needed to off load several components from the trucks and place into position:**

   -Challenger combustion unit – approx. 35,000# - lift at noted lifting eyelets shown on prints with spreader bar – place unit into place on the concrete pad.

   -Storage unit – approx. 18,000# - lift at noted lifting area as shown on prints with spreader bar – place unit on concrete pad.

   -Multiclone stands to be placed on pad in approx. area with forklift – use crane to place multiclone into stand with crane – multiclone weight approx. 3,500#. – Lifting eyelets on top.

   -Control panel to be placed on pad in approx. area with crane – panel weight approx 1,200# - lifting eyelets on top.

   -Transfer auger to be placed on pad in approx. area under dust collector and raise discharge end up over end of storage unit with crane using a strap. Auger weight is approx. 3,500#.

2. **Forklift can be used from this point on:**

   -I.D. fan to be placed on pad in approx. area with forklift

   -Insert fuel feed into the rear of combustion unit using fork lift (carefully – inserting auger into a ceramic wall) attach mini surge bin and airlock on fuel feed auger with a fork lift.

   -Install transfer augers between storage system and combustion unit fuel feed auger airlock.

*Specializing in Adding Value
Through Waste Reduction and Thermal Combustion
www.advancedrecyclingequip.com*

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Mary's, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

- Install the forced draft fan stand in approx. place on concrete pad. Place forced draft fan on multiclone stand and connect duct between forced draft fan and heat exchanger.

- Install remaining duct work connecting the exhaust gas air stream.

- Install deash transfer augers

- Install combustion air components

- Mechanically complete

- **Install building around completely assembled system**

- Complete electrical interconnections

- Test electrical connections and rotations

- Start up and commissioning

**Items needed for installation:** Crane with at least 35,000# capacity and required accessories to rig equipment, fork lift with 5,000 to 10,000# capacity (throughout installation), man lift or scissor lift, welder on site, and help if needed.

**Plan of attack for installation:**
Two A.R.E. technicians to be on site when truck arrives, Midwest Custom Case to inspect equipment prior to unloading truck, **remaining payment check handed to service tech, then equipment to be unloaded from truck** and placed into position and assembly process starts and continues until complete for approximately 3 to 4 days and technicians return to St. Marys, PA.

Midwest Custom Case erects structure around system and completes electrical interconnections. A.R.E. is notified and returns to test and complete the start up and commissioning of the system.

# CHALLENGER®

ADVANCED RECYCLING EQUIPMENT, INC.
850 Washington Road · St. Mary's, PA 15857
Ph. 814.834.4470 · Fax 814.834.3483
Toll Free 800.611.6599

<u>Tentative date of shipment to be Oct. 2nd, 3rd, or 4th. A definite answer to be relayed by 9-27-07 at 3:00pm via phone to Rich from Curt.</u>

A operators manual is currently being set out and addressed to Rich for review of the system operations and instructions with prints for mechanical assembly as well as electrical.

Should you have any further questions or concerns, feel free to contact me. I can be reached by telephone at 1-800-611-6599 or email at cjcare@alltel.net.

Sincerely,

Curt Catalone
Vice President of Production and Engineering

Specializing in Adding Value
Through Waste Reduction and Thermal Combustion
www.advancedrecyclingequip.com

# EXHIBIT C

**Mark Cladis**

| | |
|---|---|
| From: | <herb@sunbeltlessors.com> |
| To: | <jbareinc@alltel.net> |
| Sent: | Friday, October 05, 2007 8:39 AM |
| Subject: | Fw: Midwest Custom Case |

Good morning Jim, please see the email memo below regarding the balance of funding for the combustion unit being delivered to Midwest Custom Case on Tuesday. As you will see, it comes from OFC Capital, the lessor and reflects a reasonable agreement between Mark Cladis at Midwest Case and your Scott Reedy. You may be assured that I will stay in touch with all parties involved to conclude this transaction promptly.
Cordially,
Herb Spanier
Sunbelt Lessors, Inc.
(800)588-5377
herb@sunbeltlessors.com

----- Original Message -----
From: Davis Kirby
To: herb@sunbeltlessors.com
Sent: Thursday, October 04, 2007 8:42 PM
Subject: Midwest Custom Case

To Whom this may concern:

The following terms relating to the lease purchase of the Challenger warm air combustion unit 70 with Midwest Custom Case as Lessee and have been agreed upon by Scott Reedy of ARE, Inc. and Mark Cladis of Midwest Custom Case.

OFC Capital Corporation ( Lessor) or its assigns and Mark Cladis of Midwest Custom Case (Lessee) will visually inspect the Challenger warm air combustion unit upon arrival and uncrating at its destination of 425 Crossings Dr in University Park, IL scheduled for Tuesday October 9, 2007. It is agreed that once that takes place and once Mr. Cladis gives his verbal approval to release funds, OFC Capital Corporation will remit the remaining balance due ARE, Inc. The funds will be wired or overnighted as outlined on your invoice.

If you have questions or concerns, please feel free to contact me directly

Davis Kirby
Vice President of Broker Relations
OFC Capital
P: 678 722 2871
F: 678 826 0913

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.488 / Virus Database: 269.14.1/1050 - Release Date: 10/4/2007 5:03 PM

1/18/2008