IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIDWEST CUSTOM CASE, INC.,** )<br>)<br>Plaintiff-Counterdefendant, )<br>)<br>v. )<br>)<br>**ADVANCED RECYCLING EQUIPMENT,** )<br>**INC.** )<br>)<br>Defendant-Counterplaintiff. ) | **Case No. 08 C844**<br><br>**Hon. Judge Charles R. Norgle**<br>**Magistrate Judge Cole** |

## NOTICE OF FILING

**TO:** Brian James Hunt
Ajay I. Patel
The Hunt Law Group, LLC
225 West Washington Street
18th Floor
Chicago, IL 60608

**PLEASE TAKE NOTICE** that on the 31st day of March, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, \ **ADVANCED RECYCLING EQUIPMENT, INC.'S ANSWER TO MIDWEST CUSTOM CASE, INC.'S COMPLAINT AT LAW, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS,** a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

**ADVANCED RECYCLING
EQUIPMENT, INC.**


By:     s/ William Ejzak
         One of its attorneys

William Ejzak
Attorney No. 6206836
**BROWN, UDELL & POMERANTZ, LTD**.
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900