IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIDWEST CUSTOM CASE, INC.,** ) | |
| ) | |
|     **Plaintiff-counterdefendant,** ) | |
| ) | **Case No. 08 CV 844** |
|     v. ) | |
| ) | **Honorable Charles R. Norgle, Sr.** |
| **ADVANCED RECYCLING EQUIPMENT,** ) | **Magistrate Judge Cole** |
| **INC.** ) | |
| ) | |
|     **Defendant-counterplaintiff.** ) | |

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant, Advanced Recycling Equipment, Inc. ("ARE"), by and through its counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 makes the following disclosure:

ARE does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

                                                      Respectfully submitted,

                                                      ADVANCED RECYCLING EQUIPMENT,
                                                      INC.

                                                      By:___/s/ William Ejzak_____
                                                         One of its attorneys

William M. Ejzak
ARDC # 6206836
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
Ph.: (312) 475-9900
Fax: (312) 475-1188