IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MIDWEST CUSTOM CASE, INC.,** | ) | |
| | ) | |
| Plaintiff-Counterdefendant, | ) | |
| | ) | Case No. 08 CV 00844 |
| v. | ) | |
| | ) | Hon. Judge Charles R. Norgle |
| **ADVANCED RECYCLING EQUIPMENT, INC.** | ) | Magistrate Judge Cole |
| | ) | |
| Defendant-Counterplaintiff. | ) | |

## NOTICE OF FILING

**TO:**   Brian James Hunt
Ajay I. Patel
The Hunt Law Group, LLC
225 West Washington Street
18th Floor
Chicago, IL 60608

**PLEASE TAKE NOTICE** that on the 31st day of March, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, \ **ADVANCED RECYCLING EQUIPMENT, INC.'S ANSWER TO MIDWEST CUSTOM CASE, INC.'S COMPLAINT AT LAW, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS,** a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

**ADVANCED RECYCLING
EQUIPMENT, INC.**

By:_____s/ William Ejzak_____
       One of its attorneys

William Ejzak
Attorney No. 6206836
**BROWN, UDELL & POMERANTZ, LTD**.
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622

(312) 475-9900