IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MIDWEST CUSTOM CASE, INC.,** ) | |
| ) | |
| **Plaintiff-Counterdefendant,** ) | |
| ) | **Case No. 08 C844** |
| v. ) | |
| ) | **Hon. Judge Charles R. Norgle** |
| **ADVANCED RECYCLING EQUIPMENT,** ) | **Magistrate Judge Cole** |
| **INC.** ) | |
| ) | |
| **Defendant-Counterplaintiff.** ) | |

## NOTICE OF FILING

**TO:**   Brian James Hunt
  Ajay I. Patel
  The Hunt Law Group, LLC
  225 West Washington Street
  18th Floor
  Chicago, IL 60608

   **PLEASE TAKE NOTICE** that on the 31st day of March, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, \ **ADVANCED RECYCLING EQUIPMENT, INC.'S ANSWER TO MIDWEST CUSTOM CASE, INC.'S COMPLAINT AT LAW, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS,** a copy of which is attached hereto and hereby served upon you.

                    Respectfully submitted,

                    **ADVANCED RECYCLING**
                    **EQUIPMENT, INC.**


                    By:____s/ William Ejzak_____
                        One of its attorneys

William Ejzak
Attorney No. 6206836
**BROWN, UDELL & POMERANTZ, LTD**.
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900