30144

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST CUSTOM CASE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 844 |
| | ) | |
| ADVANCED RECYCLING EQUIPMENT, INC. | ) | Judge Norgle |
| | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008 I served copies of **Notice of Deposition of Donald Kunkel, Interrogatories to Defendant, and Plaintiff's Notice to Produce** to:

William Ejzak
Brown, Udell & Pomerantz, Ltd.
1332 N. Halsted Street, Suite 100
Chicago, Illinois 60622

Tom Coppolo
Law Offices of Coppolo & Coppolo
19 N. St. Marys St.
St. Marys, PA 15857-0186

by placing same in the U.S. Mail at 225 W. Washington, Chicago, Illinois on April 3, 2008.

/s Ajay I. Patel
Ajay I. Patel

THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
225 West Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300