**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Midwest Custom Case, Inc.,

                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00844
                                                     Honorable Charles R. Norgle Sr.

Advanced Recycling Equipment, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Status hearing set for 7/24/08 at 8:30 a.m. is reset to Friday, 7/25/2008 at 08:30 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.