# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 844 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Midwest Custom Case, Inc. v. Advanced Recycling Equipment, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/4/08 at 3:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|